**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1561**

DELMI PADILLA-DE CASTRO,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: December 9, 2020                    Decided: December 22, 2020

Before WILKINSON, HARRIS, and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Daniel Christmann, CHRISTMANNLEGAL, Charlotte, North Carolina, for Petitioner. Joseph H. Hunt, Assistant Attorney General, Papu Sandhu, Assistant Director, Matthew A. Connelly, Senior Litigation Counsel, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delmi Padilla-De Castro, a native and citizen of El Salvador, petitions for review of orders[*] of the Board of Immigration Appeals (Board) dismissing her appeal from the immigration judge's denial of her requests for asylum, withholding of removal, and protection under the Convention Against Torture (CAT). We have thoroughly reviewed the record, including the transcript of the merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the Board's decision that Padilla-De Castro failed to show a nexus to a protected ground. *See In re Padilla-De Castro*, (B.I.A. Apr. 25, 2019). We also conclude that substantial evidence supports the denial of protection under the CAT. Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] Padilla raises challenges to the immigration judge's denial of her request for protection under the Convention Against Torture, which was upheld by the Board in its decision of April 24, 2017.